DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6959
    Fax: (415) 436-6753
    William.Frentzen@usdoj.gov

Attorneys for United States of America

FILED
DEC 10 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 3 19 71420 JCS |
| | ) CR 3 19 71421 JCS |
| Plaintiff, | ) CR 3 19 71422 JCS |
| | ) CR 3 19 71423 JCS |
| v. | ) CR 3 19 71430 JCS |
| | ) CR 3 19 71431 JCS |
| BRENDA ADDISON, | ) CR 3 19 71432 JCS |
| ADVENT CARE INC., | ) CR 3 19 71433 JCS |
| AMITY HOME HEALTH CARE INC., | ) CR 3 19 71434 JCS |
| BHUPINDER BHANDARI, | ) CR 3 19 71440 JCS |
| CATHERINE CARIAGA, | ) CR 3 19 71441 JCS |
| MERVINA DEGUZMAN, | ) CR 3 19 71442 JCS |
| SAL DEL ROSARIO, | ) CR 3 19 71443 JCS |
| ANDRE NICOLAS GAY, | ) CR 3 19 71444 JCS |
| MARIAM HASAN, | ) CR 3 19 71445 JCS |
| KIMBERLY HICKS, | ) CR 3 19 71446 JCS |
| YELENA KABANSKAYA, | ) CR 3 19 71447 JCS |
| APRIL MANCUSO, | ) CR 3 19 71448 JCS |
| GERALD MYINT, | ) CR 3 19 71449 JCS |
| TAM NGUYEN, | ) CR 3 19 71450 JCS |
| REBECCA PINA, | ) CR 3 19 71451 JCS |
| JUAN POSADA, | ) CR 3 19 71452 JCS |
| CAROLINE PRESCOTT, | ) CR 3 19 71453 JCS |
| KERISIMASI REYNOLDS, | ) CR 3 19 71454 JCS |
| BELINDA ROY, | ) CR 3 19 71455 JCS |
| GELNNDA SANTOS, | ) CR 3 19 71456 JCS |
| EWELINA SCZENDZINA, | ) CR 3 19 71457 JCS |
| RIDHIMA "AMANDA" SINGH, | ) CR 3 19 71458 JCS |
| VINEETA SINGH, | ) CR 3 19 71459 JCS |
| NICOLE SUNO, | ) CR 3 19 71460 JCS |
| HILDA TACORDA, | ) |

| | |
|---|---|
| SCOTT TAYLOR,<br>STELLA TEODORO,<br>TERENCE TIRONA,<br>HENRY WATSON,<br>ZHENG ZHANG,<br><br>Defendants. | ) **STIPULATED MOTION AND [PROPOSED]**<br>) **ORDER TO CONTINUE PRELIMINARY**<br>) **EXAMINATION HEARING FROM**<br>) **DECEMBER 12, 2019 TO FEBRUARY 12, 2020**<br>)<br>)<br>) |

The United States, by and through its counsel, Assistant U.S. Attorney William Frentzen, and all defendants in the above-referenced case, by and through their counsel, hereby respectfully request that the preliminary examination hearing currently scheduled for December 12, 2019 at 10:30 a.m., before Magistrate Judge Thomas S. Hixson, be rescheduled to February 12, 2020 at 10:30 a.m. before the Duty Magistrate Judge. This will provide the defendants adequate time to review discovery with counsel before the next appearance in the matter before the district court. The parties agree to waive time for both the preliminary examination and under the Speedy Trial Act.

IT IS SO STIPULATED.

Dated: December 10, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____/s/_____
WILLIAM FRENTZEN
Assistant United States Attorney

Dated: December 10, 2019

_____/s/_____

Counsel for All Defendants

## [~~PROPOSED~~] ORDER

Upon the motion of the parties, and for good cause appearing, IT IS HEREBY ORDERED that the preliminary examination hearing in the above-captioned cases, currently scheduled for December 12, 2019 at 10:30 a.m. before Magistrate Judge Thomas S. Hixson is rescheduled to February 12, 2020 at 10:30 a.m. before Duty Magistrate Judge. Time for the preliminary examination and under the Speedy Trial Act is waived in the interest of justice and for effective preparation of counsel.

IT IS SO ORDERED.

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge